IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JESSE HUDSON**                                                                   **PLAINTIFF**

V.                    **CASE NO. 4:18-CV-677-KGB-BD**

**DOC HOLLODAY**, *et al.*                                           **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**      **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Any party may file written objections to this Recommendation. If objections are filed, they should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, parties may waive the right to appeal questions of fact.

**II.**      **Discussion:**

Lawndray Grayson filed this lawsuit on behalf of himself and Jesse Hudson, both former inmates at the Arkansas County Detention Center ("Detention Center"). (Docket entry #1) Mr. Hudson is no longer incarcerated at the Detention Center, as evidenced by mail returned to the Court as "undeliverable." (#11) Mr. Hudson has failed to inform the Court of his current address, as required by the Court's local rules. See Local Rule 5.5.

In a December 4, 2018 Order, Mr. Hudson was directed to notify the Court of his current address within 30 days. (#12) The Court specifically cautioned Mr. Hudson that his claims could be dismissed if he failed to update his address with the Court. To date, Mr. Hudson has failed to comply with the Court's Order, and the time for doing so has passed.

### III.   Conclusion:

The Court recommends that Mr. Hudson's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's December 4, 2018 Order and his failure to prosecute this lawsuit.

DATED this 7th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE