THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JESSE HUDSON                                                                                     PLAINTIFF

v.                             Case No. 4:18-cv-00677-KGB

DOC HOLLODAY, Sheriff, Pulaski County Jail, *et al.*                    DEFENDANTS

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 15). In her Recommended Disposition, Judge Deere recommends that plaintiff Jesse Hudson's complaint be dismissed without prejudice. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Deere's recommendation.

Therefore, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 15). The Court dismisses without prejudice Mr. Hudson's complaint.

It is so ordered this 24th day of January, 2020.

Kristine G. Baker
United States District Judge