THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JESSE HUDSON                                                              PLAINTIFF

v.                      Case No. 4:18-cv-00677-KGB

DOC HOLLODAY, Sheriff, Pulaski County Jail, *et al.*           DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Jesse Hudson's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 24th day of January, 2020.

                                                       Kristine G. Baker
                                                       United States District Judge